IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID MAFFIT,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MONICA TRUJILLO, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84187

FILED

MAR 2 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus and/or prohibition challenging a district court order denying mandamus and/or prohibition relief in which petitioner sought dismissal of the criminal complaint and requested a jury trial.

Having considered the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted because petitioner has not demonstrated that a direct appeal from a judgment of conviction would not be "a plain, speedy and adequate remedy in the ordinary course of law." NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an

22-08807

extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:     Hon. Monica Trujillo, District Judge
        The Pariente Law Firm, P.C.
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk